# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SPINDRIFT BEVERAGE CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SMALL WORLD WINE COMPANY, LLC., ) <br> ) <br> Defendant. ) | CIVIL ACTION NO.  1:15-CV-14195 |

## PLAINTIFF SPINDRIFT BEVERAGE CO., INC.'S RULE 7.1 DISCLOSURE STATEMENT

Plaintiff Spindrift Beverage Co., Inc., by its undersigned attorney, pursuant to Fed. R. Civ. Proc. 7.1(a), states as follows:

1. Spindrift Beverage Co., Inc. is a Delaware corporation.  It has no parent corporation, and no publicly owned corporation owns more than 10% of its stock.

        Respectfully submitted,

        Plaintiff Spindrift Beverage Co. Inc.,
        By its counsel,


        By: /s/ David M. Ianelli
        David M. Ianelli, BBO#567274
        dianelli@mccarter.com
        Nicholas Allen, BBO#663409
        nallen@mccarter.com
        McCARTER & ENGLISH, LLP
        265 Franklin Street
        Boston, MA  02110
        617-449-6500

December 21, 2015

**CERTIFICATE OF SERVICE**

      I, David M. Ianelli, hereby certify that on this 21st day of December, 2015, the within document was electronically filed with the Clerk of the Court using the CM/ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), pursuant to Local Rule 5.4(C).

                                      /s/ David M. Ianelli
                                      David M. Ianelli